UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **DENISE ADELINE RHODES,** | ) |
| **Plaintiff,** | ) |
| v. | ) No. 2:21-cv-00013 |
| **MARTIN O'MALLEY, Commissioner of** <br> the Social Security Administration, | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R&R") (Doc. No. 36), wherein the Magistrate Judge recommends the Court should grant as modified Rhodes' Motion (Doc. No. 31) seeking an award of attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 and award Rhodes attorneys' fees in the amount of $8,983.03. Neither Rhodes nor O'Malley filed a timely objection to the R&R.

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Lawhorn v. Buy Buy Baby, Inc., No. 3:20-cv-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Nevertheless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Rhodes' Motion (Doc. No. 31) is hereby **GRANTED** as modified and Rhodes is **AWARDED** attorney fees in the amount of $8,983.03.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE